# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2013

## NO. 03-13-00439-CR

**Joseph Edward Barkley, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the appeal should be dismissed for want of jurisdiction: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal be dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs relating to this appeal, that no adjudication as to costs is made; and that this decision be certified below for observance.